UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. ILIJA MATUKSO, Claimant-Appellant, and BATTLE BORN INVESTMENTS COMPANY, LLC; et al., Claimants, v. ROSS WILLIAM ULBRICHT, Respondent, APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, Defendant. | No. 22-15514<br><br>D.C. No. 3:20-cv-07811-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the record suggests that this court may lack jurisdiction over this appeal because the order challenged in the appeal may not be final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221,

LCC/MOATT

222 (9th Cir. 1981) (order is not appealable under § 1291 unless it disposes of all claims as to all parties or judgment is entered in compliance with Rule 54(b)).

Within 21 days after the date of this order, appellant shall either move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, the Clerk will dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7