UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

ILIJA MATUKSO,

        Claimant - Appellant,

 and

BATTLE BORN INVESTMENTS
COMPANY, LLC; et al.,

        Claimants,

 v.

ROSS WILLIAM ULBRICHT,

        Respondent,

APPROXIMATELY 69,370 BITCOIN
(BTC), BITCOIN GOLD (BTG)
BITCOIN SV (BSV) AND BITCOIN
CASH (BCH,

        Defendant.

No. 22-15514

D.C. No. 3:20-cv-07811-RS
U.S. District Court for Northern
California, San Francisco

**ORDER**

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Stephen M. Liacouras
vs/mediation                                        Chief Circuit Mediator