UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-15513 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| BATTLE BORN INVESTMENTS COMPANY, LLC; et al., | ORDER |
| Claimants-Appellants, | |
| and | |
| ILIJA MATUKSO; et al., | |
| Claimants, | |
| v. | |
| ROSS WILLIAM ULBRICHT, | |
| Respondent, | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 22-15514 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS |

LCC/MOATT

v.

ILIJA MATUKSO,

        Claimant-Appellant,

and

BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,

        Claimants,

v.

ROSS WILLIAM ULBRICHT,

        Respondent,

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,

        Defendant.

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court's April 12, 2022, orders to show cause are discharged, and briefing in these appeals will proceed.

The opening briefs and excerpts of record are due August 1, 2022. The answering briefs are due August 31, 2022. The optional reply briefs are due within 21 days after service of the respective answering briefs.

In addition to all other issues the parties wish to raise in their briefs, the parties are directed to address the basis for this court's jurisdiction over these appeals, including whether an order striking claims in a civil forfeiture action is final or appealable prior to entry of final judgment.