UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>ILIJA MATUKSO,<br><br>    Claimant - Appellant,<br><br>and<br><br>BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,<br><br>    Claimants,<br><br>v.<br><br>ROSS WILLIAM ULBRICHT,<br><br>    Respondent,<br><br>APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,<br><br>    Defendant. | No. 22-15514<br><br>D.C. No. 3:20-cv-07811-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

    Appellant's motion (Docket Entry No. 13) for an extension of time to file the opening brief is granted. The appellant's opening brief is due September 30,

2022; appellee's answering brief is due October 31, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Linda K. King
                Deputy Clerk
                Ninth Circuit Rule 27-7