UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-15514 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS |
| v. | Northern District of California, San Francisco |
| ILIJA MATUKSO, | ORDER |
| Claimant-Appellant, | |
| and | |
| BATTLE BORN INVESTMENTS COMPANY, LLC; et al., | |
| Claimants, | |
| v. | |
| ROSS WILLIAM ULBRICHT, | |
| Respondent, | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 22-16349 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS |

SSR/Pro Mo

v.

ILIJA MATUKSO,

        Claimant-Appellant,

and

BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,

        Claimants,

v.

ROSS WILLIAM ULBRICHT,

        Respondent,

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,

        Defendant.

    Appellant's unopposed motion (Docket Entry No. 15 in No. 22-15514) to consolidate is granted. Nos. 22-15514 and 22-16349 are consolidated.

    The consolidated opening brief is due November 9, 2022. The consolidated answering brief is due December 9, 2022. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

    Appellant's motion (Docket Entry No. 16) for an extension of time to file the opening brief is denied as unnecessary.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7