Case No. 22-15514, 22-16349
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

United States of America,

*Plaintiff-Appellee*,

v.

Ilija Matusko

*Claimant-Appellant*,

v.

Ross William Ulbricht,

*Respondent,*

Approximately 69,370 Bitcoin (Btc), Bitcoin Gold (Btg) Bitcion Sv (Bsv) and Bitcoin Cash (Bch),

*Defendant.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:20-cv-07811-RS
Hon. Richard Seeborg

**CLAIMANT-APPELLANT'S EXCERPTS OF RECORD
INDEX VOLUME**

Alexander H. Kugelman
KUGELMAN LAW, PC
21 Tamal Vista Blvd. Suite 202
Corte Madera, California, 94925
Telephone: 415.968.1780
Facsimile: 415.534.9441
e-mail: alex@kugelmanlaw.com

*Attorneys for Claimant-Appellant*
Ilija Matsuko

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| Judgment and Order of Forfeiture | 8/16/22 | 127 | 3-4 |
| Order Granting Motions to Strike Claims, Denying Motion to Intervene (granting Government's Motion to Strike) | 3/25/22 | 104 | 5-14 |
| **VOLUME 2 of 4** | | | |
| United States' Reply in Support of Motion to Strike the Verified Claim of Claimant Ilija Matusko | 09/09/21 | 102 | 17-35 |
| Declaration of Claudia A. Quiroz *(in support of reply)* | 09/09/21 | 102-1 | 36-68 |
| Declaration of Jeremiah Haynie *(in support of reply)* | 09/09/21 | 102-2 | 69-79 |
| Opposition to Motion to Strike Verified Claim of Claimant Ilija Matusko | 08/26/21 | 100 | 80-107 |
| Declaration of Tom Westermann *(in support of opposition)* | 08/26/21 | 100-1 | 108-109 |
| Declaration of Ilija Matusko *(in support of opposition)* | 08/26/21 | 100-2 | 110-112 |
| Declaration of Alexander Kugelman *(in support of opposition)* | 08/26/21 | 100-3 | 113-114 |
| Declaration of Christopher Wajda *(in support of opposition)* | 08/26/21 | 100-4 | 115-136 |
| Exhibit 1 – Description of Ilija Matusko's Bitcoin Purchase *(in support of opposition)* | 08/26/21 | 100-5 | 137-144 |
| Exhibit 2 – Ross Ulbricht Trial Transcript *(in support of opposition)* | 08/26/21 | 100-6 | 145-314 |

| VOLUME 3 of 4 | | | |
|---|---|---|---|
| (Cont.) Exhibit 2 – Ross Ulbricht Trial Transcript *(in support of opposition)* | 08/26/21 | 100-6 | 317-428 |
| Exhibit 3 – Forfeiture Checklist *(in support of opposition)* | 08/26/21 | 100-7 | 429-431 |
| Exhibit 4 – IRS Pre-Seizure Planning Procedures *(in support of opposition)* | 08/26/21 | 100-8 | 432-448 |
| Exhibit 5 – Asset Forfeiture Policy Manual *(in support of opposition)* | 08/26/21 | 100-9 | 449-614 |
| **VOLUME 4 of 4** | | | |
| (Cont.) Exhibit 5 - Asset Forfeiture Policy Manual *(in support of opposition)* | 08/26/21 | 100-9 | 617-654 |
| United States' Reply in Support of Motion to Strike Claims of Claimants Battle Born Investments Company, LLC et al. | 08/24/21 | 99 | 655-672 |
| Declaration of Jeremiah Haynie *(in support of reply)* | 08/24/21 | 99-2 | 673-690 |
| Notice of Motion and Motion to Strike the Verified Claim of Ilija Matusko | 07/29/21 | 95 | 691-721 |
| Declaration of Jeremiah Haynie *(in support of motion)* | 07/29/21 | 95-1 | 722-729 |
| Verified Claim and Statement of Interest of Ilija Matusko | 07/02/21 | 87 | 730-735 |
| Settlement Stipulation with Ross Ulbricht | 02/03/21 | 47 | 736-738 |
| Certificate of Service | 11/25/20 | 12 | 739-740 |
| Amended Complaint for Forfeiture | 11/20/20 | 8 | 741-748 |
| Notice of Appeal | 09/07/22 | 129 | 749-750 |
| Civil Docket for Case No. 3:20-cv-07811 – United States District Court, Northern District of California – *Unitied States of America v. Approximately 69,370 Bitcoin (BTC), et al.* | N/A | N/A | 751-762 |