UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-15514 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| ILIJA MATUKSO, | ORDER |
| Claimant-Appellant, | |
| and | |
| BATTLE BORN INVESTMENTS COMPANY, LLC; et al., | |
| Claimants, | |
| v. | |
| ROSS WILLIAM ULBRICHT, | |
| Respondent, | |
| APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 22-16349 |
| Plaintiff-Appellee, | D.C. No. 3:20-cv-07811-RS |
| v. | |

SSR/Pro Mo

ILIJA MATUKSO,

    Claimant-Appellant,

and

BATTLE BORN INVESTMENTS COMPANY, LLC; et al.,

    Claimants,

v.

ROSS WILLIAM ULBRICHT,

    Respondent,

APPROXIMATELY 69,370 BITCOIN (BTC), BITCOIN GOLD (BTG) BITCOIN SV (BSV) AND BITCOIN CASH (BCH,

    Defendant.

Appellee's unopposed motion (Docket Entry Nos. 22 & 23) for an extension of time to file the answering brief is granted.

The consolidated answering brief is due February 7, 2023. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT
By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7