UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15514, 22-16349

**Case Name** | USA v. Ilija Matukso

**Hearing Location** (*city*) | San Francisco

**Your Name** | Merry Jean Chan

List the sitting dates for the three sitting months you were asked to review:

> June 5-9, 2023
> July 10-14 & 17-21, 2023
> August 14-18 & 21-25, 2023

Do you have an unresolvable conflict on any of the above dates?  ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> I am unavailable June 9, 2023, because of my child's graduation.
> I am scheduled to be out of town visiting family from August 14-18 and 21-25, 2023.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes  ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

> 22-16248, USA v. Lucas Buckley, San Francisco
> 22-16085, USA v. Roman Hossain, San Francisco
> 22-15513 & 22-16348, USA v. Battle Born Investments Comp, San Francisco

**Signature** | /s/ Merry Jean Chan          **Date** | 2/27/2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                                 New 12/01/2018