# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-15514, 22-16349

**Case Name** | USA v. Ilija Matusko

Hearing Location (*city*) | San Francisco

Your Name | Alexander H. Kugelman

List the sitting dates for the three sitting months you were asked to review:

> June 5-9, 2023
> July 10-14 & 17-21, 2023
> August 14-18, & 21-25, 2023

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> I am unavailable July 10-14, 2023 due to a planned family trip.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Alexander H. Kugelman   **Date** | Feb 27, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018